**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VISHAL PATEL** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-1566** |
| | : | |
| **JOHN E. RIFE** *et al.* | : | |

## ORDER

This 11th day of March, 2026, after initial review of Petitioner Vishal Patel's Petition for Writ of Habeas Corpus, ECF 1, it is hereby **ORDERED** as follows:

1.  Respondents are **ENJOINED** from taking any action that would result in the removal of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court.

2.  Respondents shall file any response to the Petition on the ECF filing system no later than **12:00 p.m.** on Monday, **March 16, 2026**.

 /s/ Gerald Austin McHugh 
United States District Judge