IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VISHAL PATEL** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 26-1566** |
| | : | |
| **JOHN E. RIFE**, *et al.* | : | |

## **ORDER**

This 13th day of March, 2026, it is hereby **ORDERED** that upon the Government's filing of the certification required by Paragraph 2 in the Court's Order Granting the Petition for Writ of Habeas Corpus, ECF 5, the Clerk of Court shall mark this case as **CLOSED**.

　/s/ Gerald Austin McHugh　
United States District Judge